CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
NOV 0 4 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID ALLEN YOUNG, | ) | Civil Action No. 7:08-cv-00479 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| EDDIE L. PEARSON, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

ORDERED

that the respondent's motion to dismiss is **GRANTED**; petitioner's § 2254 petition for a writ of habeas corpus is **DISMISSED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

**ENTER**: This 4th day of November, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge